# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EARNEST TERRELL FRIAR, JR.**                                            **PLAINTIFF**

**v.**                         **Case No. 3:20-cv-00266-KGB**

**NEWPORT POLICE DEPARTMENT,** *et al*.                             **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Earnest Terrell Friar Jr.'s complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 28th day of January, 2021.

                                                      Kristine G. Baker
                                                      United States District Judge